**PD-1688-15**    <u>No.06-15-00081-CR</u>

| | | |
|---|---|---|
| BOBBY JOE EVENS | § | IN THE COURT OF <span>RECEIVED IN</span> |
| | § | CRIMINAL APPEALS COURT OF CRIMINAL APPEALS |
| -V- | § | OF TEXAS |
| THE STATE OF TEXAS | § | |
| | § | DEC 30 2015 |

<u>MOTION TO SUSPEND RULE 9.3 (B)</u>          *Abel Acosta, Clerk*

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now Bobby Joe Evens, Appellant in the above styled and numbered and respectfully moves this Honorable Court to grant leave to file an original copy only, of the petition for discretionary review and in support thereof, shows the following. 1. The style and appeal No.,06-15-00081-Cr, in the Court of Appeals Sixth Appellate District at Texarkana, trial court case No.27364.

2. Appellant moves that the Honorable Court suspend Rule 9.3(b) of the Texas Rules of Appellate Procedure, which requires the filing of eleven copies of the petition for discretionary review,

3. Appellant is indigent and incarcerated and does not have access to a copier machine rendering him unable to comply with Rule 9.3(b)

Wherefore premises considered, Appellant, respectfully request that this Honorable Court grant him leave and suspend Rule 9.3 (b) and allow him to file the original copy only of the petition for discretionary review.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk